IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Robert Michael Ball - #138482

/

CV 10 80 312 MISC

VRW

### ORDER TO SHOW CAUSE

It appearing that Robert Michael Ball has been suspended for 7 months by the Supreme Court of California effective November 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert Michael Ball
Attorney At Law

Law Ofc Robert M Ball
8200 Wilshire Blvd #400
Beverly Hills, CA 90211

